UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDA MARTINEZ,

    Plaintiff,

Case No. 17-cv-10305
Hon. Matthew F. Leitman

v.

VETERANS ADMINISTRATION, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING AMENDED COMPLAINT (ECF #3) FOR FAILURE TO PAY FILING FEES

Plaintiff Melinda Martinez filed this action on January 31, 2017. (*See* ECF #1.) On that same day, Martinez filed an application to proceed without prepaying fees or costs. (*See* ECF #2.) On April 14, 2017, this Court entered an order in which it (1) denied the application to proceed without prepaying fees or costs and (2) ordered that Martinez pay the filing fee by May 15, 2017. (*See* ECF #11.) The order explained that "[f]ailure to pay the filing fee by this deadline may result in dismissal of the complaint." (*Id.*) Martinez has failed to pay the filing fee.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the Amended Complaint.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: November 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 6, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764